IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DONALD M. NEWMAN**                                                                                          **PLAINTIFF**

v.                                    Case No. 4:16-cv-00222-KGB

**CAMPUS CRUSADE FOR CHRIST,** *et al*.                                                        **DEFENDANTS**

## ORDER

Before the Court is defendants' motion to dismiss (Dkt. No. 9). Defendants move for an Order dismissing this case with prejudice, as the parties have settled the matter through a confidential settlement agreement that has been fully executed by all parties, including plaintiff Donald M. Newman. Based on the motion, the Court dismisses with prejudice this action.

So ordered this 10th day of June, 2016.

_____
Kristine G. Baker
United States District Judge